422 A.2d 702

Commonwealth v. Jackson, Appellant.

Argued March 21, 1979. *Michael A. Seidman*, for appellant; *Cynthia Severinson*, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgments of sentence affirmed.

CERCONE, P. J., concurred in the result.